# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 184 MM 2014 |
| | : |
| Respondent | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DAVID LEE KILGUS, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.